UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VANESSA ADAMS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 09-10272-JLT |
| | * | |
| FEDERAL BUREAU OF PRISONS, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

June 25, 2009

TAURO, J.

After reviewing Parties' submissions, this court hereby orders the following:

1. Defendant Dr. James Fletcher's Motion to Dismiss Count IV of the Complaint [#12] is ALLOWED WITHOUT OPPOSITION.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge