UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VANESSA ADAMS, legal name Nicholas Adams,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS; FEDERAL BUREAU OF PRISONS DIRECTOR HARLEY G. LAPPIN, in his official capacity; REAR ADMIRAL NEWTON E. KENDIG, MD, in his official capacity;<br><br>Defendants. | C.A. No. 09-10272-JLT |

## DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

Defendants Federal Bureau of Prisons, Federal Bureau of Prisoners Director Harley G. Lappin (in his official capacity) and Rear Admiral Newton E. Kendig, M.D. (in his official capacity) hereby move this Court to dismiss the Amended Complaint filed by Vanessa Adams, legal name Nicholas Adams. For reasons explained in more detail in the accompanying memorandum, this Court lacks subject matter jurisdiction over the Amended Complaint because there is no live case or controversy between the parties. In addition, this Court should dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(3) because a substantial part of the events giving rise to the claim did not occur in Massachusetts, and none of the parties reside is Massachusetts.

                                      Respectfully submitted,

                                      MICHAEL LOUCKS
                                      Acting United States Attorney

                        By:    /s James J. Fauci
                                      James J. Fauci
                                      Assistant United States Attorney
                                      John Joseph Moakley U.S. Courthouse
                                      1 Courthouse Way, Suite 9200
                                      Boston, MA 02210
Dated:  September 10, 2009          (617) 748-3100


## RULE 7.1 CERTIFICATION

     The undersigned counsel certifies pursuant to Local Rule 7.1(a)(2) that he has conferred with counsel for the Plaintiff on the issues raised in this motion, and the parties were unable to agree.

                                         s/ James J. Fauci
Dated: September 10, 2009           James J. Fauci


## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

                                         /s James J. Fauci
                                         James J. Fauci
Dated:  September 10, 2009          Assistant United States Attorney