UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VANESSA ADAMS, legal name, Nicholas Adams, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF PRISONS; FEDERAL BUREAU OF PRISONS DIRECTOR HARLEY G. LAPPIN, in his official capacity; REAR ADMIRAL NEWTON E. KENDIG, MD, in his official capacity, <br><br> Defendants. | CIVIL ACTION <br> NO. 09-10272 JLT |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and in accordance with the terms of the May 13, 2011 Settlement Agreement between Plaintiff Vanessa Adams and the Federal Bureau of Prisons (BOP), (attached hereto as *Exhibit 1*), the parties hereby stipulate through their undersigned counsel, to the entry of an order dismissing with prejudice all claims that were stated or that could have been stated in the her Complaint against the BOP.

Respectfully submitted,

**VANESSA ADAMS, legal name, Nicholas Adams,**

By her attorneys,

*/s/ Cassandra Capobianco*
**Cassandra Capobianco,**
**Florida Bar #614734**
*Admitted pro hac vice*
ccapobianco@filsinc.org
Florida Institutional Legal Services, Inc.
14260 SW Newberry Road, #412
Newberry, FL 32669
352-375-2494

1

**Jennifer Levi, BBO #562298**
jlevi@glad.org
Gay & Lesbian Advocates & Defenders
30 Winter Street, Suite 800
Boston, MA 02108
617.426.1350

**Diane Hertz, New York Bar** #2343176
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022-4689
212-705-7821

**Allyson Kurker, BBO #665231**
Kurker Law Group LLC
427 Elm Street
Concord, MA 01742
978-254-5487

**Jody Marksamer, California Bar #229913**
*Admitted pro hac vice*
jmarksamer@nclrights.org
**Shannon Minter, California Bar #168907**
*Admitted pro hac vice*
sminter@nclrights.org
**Christopher Stoll**
*Admitted pro hac vice*
National Center for Lesbian Rights
870 Market Street, Suite 3
San Francisco, CA 94102

**FEDERAL BUREAU OF PRISONS**

By its attorneys,

CARMEN M. ORTIZ
United States Attorney

Dated:   September 29, 2011          By:      /s/ *James J. Fauci*
JAMES J. FAUCI
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210
jeff.fauci@usdoj.gov
(617) 748-3289

2